IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA ROSTCHILD ) | |
| Plaintiff, ) | |
| v.  ) | Civil Action No.: 08-00397-KD-B |
| ) | |
| SMURFIT STONE CONTAINER ENTERPRISES, INC., a foreign corporation; GEORGIA-PACIFIC BREWTON, L.L.C., a foreign limited liability company; MICHAEL D. WADE an individual; ROSEMARY WEAVER, an individual; TRACIE NORWOOD, an individual, ) | |
| Defendants. ) | |

**ORDER**

This matter is before the court on defendant, Smurfit-Stone Container Enterprises, Inc.,'s[1] Notice of Bankruptcy. (doc. 31) Counsel for defendant represents that on January 26, 2009 defendant filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. Accordingly, pursuant to 11 U.S.C. § 362, this litigation is **STAYED.**

The Court concludes that there is no further reason at this time to maintain this file as an open one for statistical purposes. The Clerk of Court is DIRECTED to administratively close this action. Nothing contained in this Order shall be considered a dismissal or disposition of this matter.

Defendant is **ORDERED** to file a status report regarding bankruptcy proceedings on or before **April 27, 2009.**

**DONE** and **ORDERED** this 28th day of January 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Smurfit is the sole remaining defendant in this action.